*Friday, March 11, 1994*

## MOTION DOCKET

**86–1499.** State v. Sowell. *Hamilton County,* No. C–830835. On December 26, 1989, this court stayed the execution of sentence in this cause pending exhaustion of state post-conviction remedies. On November 13, 1991, this court overruled appellant's motion to certify the record in case No. 91–1673, which was pending as a post-conviction case. On November 17, 1993, this court affirmed the decision of the court of appeals in case No. 92–2373, which was appellant's appeal of the denial of his application for delayed reconsideration, and denied his application for reinstatement of this appeal. On December 22, 1993, this court denied appellant's motions for reconsideration of its decisions of November 17, 1993. Appellee filed a motion requesting that this court set an execution date and asserting that all appeals in state courts have been exhausted and there is no stay pending in any court. Upon consideration thereof,

IT IS ORDERED by the court, *sua sponte,* effective March 9, 1994, that the December 26, 1989 entry staying execution of sentence be, and the same is hereby, revoked.

IT IS HEREBY ORDERED by this court that said sentence be carried into execution by the Warden of the Southern Ohio Correctional Facility or, in his absence, by the Deputy Warden on Tuesday, the 7th day of June, 1994, in accordance with the statutes so provided.

IT IS FURTHER ORDERED that a certified copy of this entry and a warrant under the seal of this court be duly certified to the Warden of the Southern Ohio Correctional Facility and that said Warden shall make due return thereof to the Clerk of the Court of Common Pleas of Hamilton County.

**92–2479.** Harkcom v. Ohio Power Co. *Stark County,* No. CA–8714. This cause came on for further consideration upon appellants/cross-appellees' motion to tax costs. Upon consideration thereof.

IT IS ORDERED by the court that the motion to tax costs be, and the same is hereby, denied, effective March 10, 1994.

**94–416.** Prime Contrs., Inc. v. Girard. *Trumbull County,* No. 93–T–5002. This cause is pending before the court on the filing of a motion for an order directing the Court of Appeals for Trumbull County to certify its record. Upon consideration of appellant's motion for injunctive relief and motion to expedite,

IT IS ORDERED by the court that the motions be, and the same are hereby, denied, effective March 10, 1994.

*Tuesday, March 15, 1994*

## MERIT DOCKET

**94–347.** State ex rel. Zonders v. Delaware Cty. Bd. of Elections. In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus regarding an expedited election matter and was considered in a manner prescribed by law. Upon consideration thereof,

IT IS ORDERED by the court that the writ of mandamus be, and the same is hereby, granted, effective March 14, 1994, and that respondents place the petition for a township zoning referendum with respect to Genoa Township on the May 3, 1994 election ballot.

MOYER, C.J., A.W. SWEENEY, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

DOUGLAS, J., not participating.